WESTON AND PLATTSBURG RAILROAD COMPANY, Respondent, v. JACOB COX, Appellant.

*Practice.*—The bill of exceptions must show the reason for objections to the admission of evidence.

*Appeal from Weston Common Pleas Court.*

*Merryman,* for appellant.

*H. M. & A. H. Vories* and *J. N. Burns,* for respondent.

BATES, Judge, delivered the opinion of the court.

The only point made in this court is that the court below erred in admitting in evidence a contract signed by the defendant. The record shows that the defendant objected to the contract being admitted in evidence, but does not show at all the grounds of objection. It will not, therefore, be considered by this court.

Judgment affirmed. Judges Bay and Dryden concur.

————◆◆◆————

MARY A. CLEMENS, Respondent, v. J. H. CLEMENS *et al.,* Appellants.

*Practice.*—Judgment affirmed for want of assignment of errors.

*Appeal from Henry Circuit Court.*

*Ryland & Son,* for respondent.

BATES, Judge, delivered the opinion of the court.

In this case an appeal to this court was granted on the 19th day of November, 1860, and a transcript of the record was filed here on the 25th day of December, 1860. Now, at the July term, 1862, no assignment of errors having been filed, the respondent moves that for that reason the judgment be affirmed. No good cause to the contrary being shown, the judgment is affirmed.

Judges Bay and Dryden concur.